-PROB 12
REVISED (05/90)

FILED BY_____D.C.

05 NOV 30  AM 4: 14

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. __Douglas Wayne Smith__          Docket No. __2:01CR20189-01__

### Petition on Probation and Supervised Release

**COMES NOW** __Christy J. Henson__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Douglas Wayne Smith,__ who was placed on supervision by the Honorable __Julia Smith Gibbons__ sitting in the court at __Memphis, TN__, on the __29th__ day of October, __2001__, who fixed the period of supervision at __three (3) years *__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

The defendant shall pay restitution in the amount of $94,374.00 (Balance: $91,014.03).


*       Term of Supervised Release Began on January 10, 2003.


**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As of November 16, 2005, Douglas Wayne Smith has paid $3,360.00 toward his Court ordered restitution obligation leaving an outstanding balance of $91,014.00.  Additionally, the Internal Revenue Services reported $17,355.97 had been recovered from other parties involved in the instant offense.  Mr. Smith has spoken with Gloria Hepburn of the United States Attorney's Financial Litigation Unit. Ms. Hepburn agreed to continued collection of the remaining $73, 658.03, with the understanding future payments will  increase based upon his earnings.

**PRAYING THAT THE COURT WILL ORDER** that Douglas Wayne Smith be allowed to end his term of Supervised Release as scheduled with the understanding that the United States Attorney's Office will be responsible for the continued collection of the obligation.

### ORDER OF COURT

Considered and ordered this __29K__ day
__Nov__, 20 __05__, and ordered filed and
made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Christy J. Henson
United States Probation Officer

Place: __Memphis, TN 38103__

Date: __November 22, 2005__

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-05-05__

4/1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:01-CR-20189 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT